# CASEY & BARNETT, LLC
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

NEW JERSEY OFFICE
Casey & Barnett, LLP
P.O. Box 235
Fanwood, New Jersey 07023

mfc@caseybarnett.com
Direct: 646-362-8919

August 6, 2025

**The request to adjourn the initial Rule 16 conference scheduled for August 26, 2025 is GRANTED. Plaintiff is ordered to file a letter when it believes that all related cases have been filed and this case is ready for an initial pretrial conference.**

SO ORDERED.
*[signature]*
LEWIS J. LIMAN
United States District Judge

Date: 8/7/2025

Honorable Lewis J. Liman
United States Disrict Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *RSA Insurance Group Ltd. v MSC Mediterranean Shipping Co SA*
      25 cv 4999 (LJL)
      CB Ref: 600-16

Dear Honorable Judge Liman:

We represent the plaintiff in the referenced matter. We write in respect to the initial Rule 16 conference scheduled for August 26, 2025 [D #7] and request that same be adjourned.

The Court might note that this firm recently filed three additional matters in regard to the subject casualty and requested that they be assigned to Your Honor as related matters. We have also learned that other law firms plan to file additional lawsuits against MSC related to this casualty.

In light of the foregoing, we proposed that the initial Rule 16 Conference be adjourned until the additional actions have been filed and counsel have appeared for each party.

Respectfully submitted,
**CASEY & BARNETT, LLC**

*Martin F. Casey*
Martin F. Casey